# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOSEPH AND SAMANTHA CANESTRO, et al.<br><br>v.<br><br>BEAZER HOMES, USA, INC. | CIVIL ACTION<br><br>NO. 19-3675 |
|---|---|

## ORDER

**AND NOW** this 25th day of November, 2019, for the reasons stated in the foregoing Memorandum, Defendant's Motion to Dismiss is **GRANTED** in part and the parties are **ORDERED** to proceed to arbitration.

The case will be **STAYED** and placed in **SUSPENSE** for six months as follows:

1. All proceedings are stayed until further Order of the Court;

2. The case shall be transferred to the Civil Suspense File;

3. The Clerk of the Court shall mark this case closed for statistical purposes;

4. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 180 days or upon further order of the Court;

5. Counsel shall provide a written status report to the Court prior to the end of the six month period; and

6. The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 19\19-3675 Canestro v Beazer Homes\19cv3675 order granting mtd in part.docx